UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY JOE McDONALD,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. PHATAL,<br><br>    Defendant. | No.: 1:20-cv-01003-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE<br><br>(Doc. No. 12) |

Plaintiff Billy Joe McDonald is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to exhaust administrative remedies prior to filing suit as required by the Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a).  (Doc. No. 12.)  The findings and recommendations were served on plaintiff and contained notice that objections thereto were due within thirty (30) days.  (*Id.* at 3.)  Plaintiff has not filed objections and the time to do so has now expired.

/////

/////

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the court hereby ORDERS that:

1. The findings and recommendations (Doc. No. 12), issued on September 10, 2020, are ADOPTED in full; and
2. The instant action is dismissed, without prejudice, due to plaintiff's failure to first exhaust his administrative remedies.

IT IS SO ORDERED.

Dated: **October 21, 2020**

_____
UNITED STATES DISTRICT JUDGE